

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JENNIFER Y. HWANG**<br>Assistant Corporation Counsel<br>Phone: (212) 356-3580<br>jehwang@law.nyc.gov |

July 21, 2020

**BY ECF AND FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007

A suggestion of settlement having been made, it is ordered that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.
Alvin K. Hellerstein /s/
July 21, 2020

Re:   Lorna Hunte v. Metroplus Health Plan, Inc. and New York City Health and Hospitals Corporation, 19 Civ. 08097 (AKH)

Dear Judge Hellerstein:

    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action, writing on behalf of all parties.

    I write to inform the Court that the parties have reached a settlement in principle. Accordingly, the parties jointly and respectfully request that all remaining discovery in this case be stayed while the parties concentrate their efforts on finalizing the settlement documents and submitting a stipulation of discontinuance to the Court.

    The parties thank the Court for consideration of this request.

Respectfully submitted,

/s/ *Jennifer Y. Hwang*
Jennifer Y. Hwang
Assistant Corporation Counsel

CC:   Joshua Friedman (by Email and ECF)